In the Matter of ANTHONY FORTUNE, Appellant, v RAUL RUSSI, as Chairman of New York State Division of Parole, et al., Respondents. [632 NYS2d 1002] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—CPLR art 78.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DEWITT, Appellant. [632 NYS2d 1002] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Violation of Probation.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doer, JJ.